# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammy L. Pellerin
aka Tammy Lynn Pellerin, aka Tammy Pellerin, aka Tammy L. Mandara, aka Tammy L. Rother

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−02807−MJC

Document Number: 31

Matter: MOTION TO SELL REAL PROPERTY OF THE ESTATE: 260 Blackthorn Drive, Saylorsburg, PA 18353

Tammy L. Pellerin
aka Tammy Lynn Pellerin
aka Tammy Pellerin
aka Tammy L. Rother
aka Tammy L. Mandara
**Movant(s)**

vs.

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Jack N Zaharopoulos
**Respondent(s)**

## Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 23, 2020.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | Date: 10/19/23 <br> Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 20, 2023 |

nthrgreq(02/19)

Case 5:20-bk-02807-MJC    Doc 38    Filed 09/20/23    Entered 09/20/23 08:19:52    Desc
Notice Hearing Required    Page 1 of 1