IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Tammy L. Pellerin<br>aka Tammy Lynn Pellerin<br>aka Tammy Pellerin<br>aka Tammy L. Rother<br>aka Tammy L. Mandara<br>      Debtor | Case No.: 5:20-bk-02807-MJC |

**ORDER GRANTING
MOTION TO SELL REAL PROPERTY OF THE ESTATE**

Upon consideration of Debtor's Motion to Sell Real Property of the Estate: **260 BLACKTHORN DRIVE, SAYLORSBURG, PA 18353**, Dkt. # 31 ("Motion"), objections filed thereto and subsequently resolved, it is hereby **ORDERED** that said Motion is **GRANTED**, and further that Debtor be and is hereby **AUTHORIZED** to execute any all documents necessary to complete the sale of **260 BLACKTHORN DRIVE, SAYLORSBURG, PA 18353**, for the sum of THREE HUNDRED TWENTY-NINE THOUSAND AND 00/100 (**$329,000.00**) DOLLARS, to Amanda C. Hanna and Joseph W. Norton.

**IT IS FURTHER ORDERED** that distribution of the proceeds from the sale of the real estate at settlement, be made as follows:

    a.    Any out-of-pocket expenses advanced by or on behalf of Debtor and/or her realtors or closing agents in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement; then to

    b.    Any notarization, document preparation, mail or wire fees, and/or incidental recording fees associated with the sale of the above property; then to

    c.    Any transfer tax which is the responsibility of the Debtor; then to

d. Realtors' commissions in accordance with the applicable agreement of sale and law; then to

e. Attorneys' Fees of $1,250.00 to Newman Williams, P.C. for preparing, filing, serving the instant motion and resolving objections and deed preparation; then to,

f. Any real estate taxes, tax liens and municipal liens; then to

g. The mortgage serviced by New Rez DBA Shellpoint Mortgage Servicing shall be paid in full subject to a proper and accurate payoff at the time of sale; then

h. Debtor on account of her exempt interest in the Property ($19,707.57); then

i. Standing Chapter 13 Trustee Jack N. Zaharopoulos, Esq., in the amount of $56,290.00; then

j. The remaining proceeds to Debtor.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 22, 2023